IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK A. HILL, | : | |
| | : | Case No. 2:21-cv-04142 |
| Plaintiff, | : | |
| | : | CHIEF JUDGE MARBLEY |
| v. | : | |
| | : | Magistrate Judge Gentry |
| JENNIFER PELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before this Court on the Magistrate Judge's October 27, 2022 Report and Recommendation**.** **(**ECF No. 20). The Report and Recommendation recommended the denial of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (ECF No. 19). This Court **ADOPTS** the Report and Recommendation and **DENIES** Plaintiff's Motion.

The Report and Recommendation informed the parties of their right to object within fourteen days. It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (ECF No. 20 at 5). Objections to the Report and Recommendation were due by November 10, 2022. (*Id*.). No objections were filed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein.  Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (ECF No. 19) is **DENIED.**

      IT IS SO ORDERED.

                                                                          _____
                                                                          **ALGENON L. MARBLEY**
                                                                          **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  May 1, 2023**