# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARK A. HILL, | : | Case No. 2:21-cv-04142 |
| | : | |
| Plaintiff, | : | District Judge Algenon L. Marbley |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| JENNIFER PELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant Jennifer Pell filed a Motion to Dismiss on July 31, 2023. (Doc. No. 33.) You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than August 24, 2023. When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case. Please review and become familiar with the Federal Rules of Civil Procedure, the Court's Local Rules, and *A Guide for <u>Pro Se</u> Civil Litigants: Representing Yourself in the United States District Court for the Southern District of Ohio*. These materials are available on the Court's website ([www.ohsd.uscourts.gov](www.ohsd.uscourts.gov)).

**If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed**.

You are further advised that you must promptly inform the Clerk of Court of any changes of address during the pendency of this lawsuit. Failure to do so may result in dismissal of this case for failure to prosecute.

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge